Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 19 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY ALEXANDER NEVEU,<br><br>Defendant. | 1:22-CR-2042-SAB-1<br><br>INDICTMENT<br><br>Vios: 18 U.S.C. § 2252A(a)(2), (b)(1)<br>Distribution of Child Pornography<br>(Count 1)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2):<br>Possession of Child Pornography<br>(Count 2)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Between on or about January 13, 2022, and on or about January 22, 2022, within the Eastern District of Washington, the Defendant, GREGORY ALEXANDER NEVEU, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped and transported in and

INDICTMENT-1

affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: images depicting minors engaging in sexually explicit conduct, including but not limited to actual and simulated intercourse, and the lascivious exhibition of the genitals and pubic area, as defined in 18 U.S.C. § 2256(2)(A), all in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

## COUNT 2

On or about February 23, 2022, within the Eastern District of Washington, the Defendant, GREGORY ALEXANDER NEVEU, did knowingly possess material that contained images of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: visual depictions of minors, including prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(1).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT-2

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A(a)(2), (b)(1), and/or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as alleged in this Indictment, the Defendant, GREGORY ALEXANDER NEVEU, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including, but not limited to, the following:

- Corsair Desktop Computer Tower;

- Gateway Desktop DX4300 Computer.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the Court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 19th day of April 2022.

A TR

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael D. Murphy*
Michael D. Murphy
Assistant United States Attorney

INDICTMENT-4